AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

AUSA Gavin

☑ Original    ☐ Duplicate Original

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

11:13 am, Jan 11 2022

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
THE SEARCH OF CHRYSLER PACIFICA MINIVAN BEARING MARYLAND TAG 5EG7122

Case No. 21-3242 ADC

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of Maryland
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-4

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B-4

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Duty Magistrate Judge   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 23 November 2021 @ 1600 hrs.

Judge's signature

City and state: Baltimore, Maryland    Hon. A. David Copperthite, United States Magistrate Judge
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 21-3242 ADC | Date and time warrant executed: 12/3/2021 8:15AM | Copy of warrant and inventory left with: With At residence of Michael McDonald/Britley McDonald |
| Inventory made in the presence of: SA Patrick B. Cavazos | | |
| Inventory of the property taken and name(s) of any person(s) seized: 1) 3 orange capsule pills marked "IG 323 400 mg." | | |

*No Further Entries*

I declare under penalty of perjury that ... and was returned ... along with the warrant to the designated judge pursuant to Fed. R. Crim. ...

Date:

_Executing officer's signature_

_Printed name and title_

### Certification

I declare under penalty of perjury that this inventory is correct and was returned electronically along with the warrant to the designated judge pursuant to Fed. R. Crim. P. 4.1 and 41(f)(1)(D).

Date: 12/3/2021

_Executing officer's signature_

Sean Clarke, Special Agent
_Printed name and title_